IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAULA VIGIL,

        Plaintiff,

                              NO: 1:14-CV-01026 KG/CG

v.

NICE CARS, LLC and
WESTERN SURETY COMPANY,

        Defendants.

## STIPULATED ORDER

THIS MATTER coming before the Court on Defendants' Motion to Stay Proceedings and Refer Matter to Arbitration, and the Plaintiff appearing by and through her attorney Richard N. Feferman and the Defendants appearing and through their attorney Michael L. Danoff,

IT IS HEREBY STIPULATED, AJUDGED AND DECREED AS FOLLOWS: this matter is referred to arbitration and the Court will retail jurisdiction over enforcement and subpoena rights.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

/s/ Michael L. Danoff
Michael L. Danoff, Esq.
Attorney for Defendants


/s/ Richard N. Feferman
Richard N. Feferman, Esq.
Attorney for Plaintiff